**Order entered January 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01263-CV

**XS HEAVY HAUL, INC. AND JIM AND NANCY ELISE TELFORD,**
**Appellants**

**V.**

**COMMERCIAL CREDIT GROUP, INC., TEXHOMA COMMERCIAL TITLES, LLC, AND ARTHUR CASTANON, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05562-2020**

### ORDER

As directed to do so, appellants have filed written verification they have requested and paid for the reporter's record. Accordingly, we **ORDER** Cindy Bardwell, Official Court Reporter for the 429th Judicial District Court, to file the record no later than February 8, 2023.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Bardwell and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE